■ ESTELA B. SANGUINETTI v. ALBERTO A. SANGUINETTI.—Motion granted insofar as to stay the payments directed by the order appealed from pending the hearing and determination of the appeal upon condition that the defendant pays to the plaintiff the sum of $300 per month, commencing with April 21, 1959, for her support and maintenance, and, in addition, pays plaintiff the sum of $500 for counsel fees, said payments to be applied on account of the amounts due under the order appealed from in the event the same is affirmed or modified by this court. The support payments for the months ending May 21, 1959 and June 21, 1959, and the counsel fee of $500 are to be paid within 10 days after the date of entry of this order. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of ANNETTE H. SLAFF against MAURICE M. SLAFF et al. — Motion granted insofar as to permit the appeals to be heard in a single appeal book, without duplication of printing, and to dispense with printing the Pension Plan and the Trust Agreement on condition that one copy of the said Pension Plan and Trust Agreement is served upon the attorney for the respondent and another copy of each thereof are filed with this court at the time of filing the printed record on appeal, and upon the further condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before August 27, 1959, with notice of argument for September 8, 1959, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JERRY ROTH.— Motion granted insofar as to relieve John F. Wilkinson, John J. Greaney and Archie A. Gorfinkel of their assignment as counsel for the defendant-appellant for the purpose of the prosecution of the appeal herein, and to appoint Murray A. Gordon, Esq., of 401 Broadway, New York, N. Y. as counsel for the defendant in their place and stead, for the purposes of this appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of JULIUS J. VENUSTI against JOSEPH J. CAPUTA, as State Rent Administrator, et al.— Motion granted to the extent of granting a stay upon condition that the appellant procures the original record on appeal and printed appellant's points to be served and filed on or before August 11, 1958, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.